# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 21, 2017

## NO. 03-17-00357-CV

**George Allibone, M.D., Appellant**

**v.**

**Scott Freshour, in his Official Capacity as the Interim Executive Director of the Texas Medical Board; Juanita Garner, Investigator of the Texas Medical Board; and the Texas Medical Board, Appellees**

### APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND GOODWIN
### AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the order and judgment signed by the trial court on May 15, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order and judgment. Therefore, the Court affirms the trial court's order and judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.